IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA A. BETZINGER
STEVEN M. BETZINGER                                                    PLAINTIFFS

v.                              Case No. 4:24-CV-1056-JM

US BANK NA                                                              DEFENDANT

## ORDER

Plaintiffs Patricia and Steven Betzinger's complaint (Doc. 2) is dismissed without prejudice because they failed to file an amended complaint as directed. (Doc. 6 & 8); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE