# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PATRICIA A. BETZINGER**
**STEVEN M. BETZINGER**                                                                    **PLAINTIFF**

v.                         Case No. 4:24-CV-1056-JM

**US BANK NA**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE